IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00767-WYD-KLM

BOARD OF TRUSTEES OF THE ELECTRICAL INDUSTRY BENEFIT PAID HOLIDAY AND VACATION FUND, and
THE BOARD OF TRUSTEES OF THE 8TH JUDICIAL DISTRICT ELECTRICAL PENSION FUND,

    Plaintiffs,

v.

JP MORGAN CHASE NA,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Amend Scheduling Order** [Docket No. 15; Filed July 15, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered on June 5, 2009 [Docket No. 13] is modified to extend the deadline for propounding written discovery to **October 9, 2009**.

Dated:  July 20, 2009